**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000419
27-SEP-2022
07:46 AM
Dkt. 27 OAWST

NO. CAAP-22-0000419

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RAY MASAMI SHIRAKAWA, Plaintiff-Appellee, v.
LORI LEI SHIRAKAWA nka LORI LEI KATAHARA, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3DV131000163)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Ginoza, Chief Judge, Nakasone and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed August 31, 2022, by Defendant-Appellant Lori Lei Shirakawa nka Lori Lei Katahara, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs, under Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, September 27, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge